DAVID SPERO, Respondent, *v.* WEST SIDE BANK OF THE CITY OF NEW YORK, Appellant.

*Spero* v. *West Side Bank of N. Y.*, 42 App. Div. 619, affirmed.
(Submitted June 11, 1901; decided July 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 19, 1899, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Gibson Putzel* and *John C. Shaw* for appellant.

*Daniel P. Hays* for respondent.

Judgment affirmed, with costs, and ten per cent damages under section 3251 of the Code of Civil Procedure; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, LANDON and CULLEN, JJ.